FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2017 JUN 27  PM 3: 54

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| Jeffrey Kaplan, Petitioner,<br><br>v.<br><br>Faulding Health Care (IP) Holdings, Inc.,<br><br>Registrant. | USPTO Proceeding No. 92060205<br><br>6:17-mc-29-OA-41 DCI |
|---|---|

## NOTICE OF SUBPOENA TO CROSS BRANDS MANUFACTURING, LLC

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Jeffrey Kaplan, by and through his counsel of record, is serving Cross Brands Manufacturing with a subpoena for a corporate representative with the most knowledge of the subject matters identified in "Exhibit A" to testify at a deposition.

DATED: June 26, 2017                Respectfully submitted,

By: /s/ GUSTAVO SARDIÑA
Gustavo Sardiña
Florida Bar No. 31162
LAW OFFICE OF ALEXIS GONZALEZ, P.A.
3162 Commodore Plaza, Suite 3E
Coconut Grove, FL  33133
gsardina@aglawpa.com
Telephone: (305) 223-9999
**Counsel for the Petitioner**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served on June 26, 2017 to:

Lori J. Shyavitz
McCarter & English, LLP
265 Franklin Street
Boston, MA  02110
lshyavitz@mccarter.com;
ihurtado@mccarter.com;
rdesalvo@mccarter.com
dlynch@mccarter.com

via US first-class mail, postage prepaid, and email.

                                      By:  /s/ GUSTAVO SARDIÑA
                                              Gustavo Sardiña